```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 04593
   ROBERT WHITLEY
   MARY WHITLEY                              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7739    SSN XXX-XX-5904

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/06/2004 and was confirmed 04/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  71.20% from remaining funds.

     The case was paid in full 09/10/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
CITICORP TRUST BANK       CURRENT MORTG          .00           .00            .00
FIRST INVESTORS FINANCIA  SECURED             5398.22        323.47        5398.22
FIRST INVESTORS FINANCIA  UNSECURED              .00           .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           12484.30         .00         8888.59
DIRECT TV                 UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED            1670.00         .00         1189.04
COLLECTECH                NOTICE ONLY            .00           .00            .00
WAL MART STORES INC       UNSECURED        NOT FILED           .00            .00
CITICORP TRUST BANK       SECURED NOT I       59.53           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED            433.61          .00          308.72
BOUDREAU & ASSOCIATES     FILED LATE         11068.51         .00            .00
THOMAS W DREXLER          DEBTOR ATTY         1,994.00                    1,994.00
TOM VAUGHN                TRUSTEE                                           977.96
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             19,080.00

PRIORITY                                     .00
SECURED                                  5,398.22
    INTEREST                               323.47
UNSECURED                               10,386.35
ADMINISTRATIVE                           1,994.00
TRUSTEE COMPENSATION                       977.96
DEBTOR REFUND                                 .00
                    --------------    --------------
TOTALS              19,080.00            19,080.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 04593 ROBERT WHITLEY & MARY WHITLEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/03/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 04593 ROBERT WHITLEY & MARY WHITLEY